Commonwealth ex rel. Lowe *v*. Lowe, **Appellant.**

Argued March 22, 1971. *Robert W. Geigley,* for appellant. No oral argument was made nor brief submitted for appellee.

Order affirmed; reargument refused June 9, 1971. WRIGHT, P. J., and WATKINS, J., dissent.

## Commonwealth ex rel. Nelson *v*. Nelson, Appellant.

Argued March 18, 1971. *Joseph A. McNeal,* for appellant; *Sadie T. M. Alexander,* for appellee.

Order affirmed; reargument refused June 9, 1971. HOFFMAN, J., absent.

## Commonwealth ex rel. Nunez *v*. Nunez, Appellant.

Argued March 15, 1971. *William F. Sullivan, Jr.,* with him *Obermayer, Rebmann, Maxwell & Hippel,* for appellant; *Franklin J. Seyfert,* with him *D. Michael Emuryan,* for appellee.

Order affirmed.